<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

No. 01-7643

―――――――

TRAVIS HILL,

Plaintiff - Appellant,

versus

RONALD ANGELONE, Director, Virginia Department
of Corrections,

Defendant - Appellee.

―――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-01-121-3)

―――――――

Submitted:  January 15, 2002          Decided:  January 30, 2002

―――――――

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

―――――――

Dismissed by unpublished per curiam opinion.

―――――――

Travis Hill, Appellant Pro Se.  Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

―――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Travis Hill seeks to appeal the district court's order denying his 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001) petition. We have reviewed the record and the district court's memorandum and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Hill v. Angelone, No. CA-01-121-3 (E.D. Va. Sept. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2